OPINION — AG — THE 1955 LAW APPLIES TO ALL SECOND AND SUBSEQUENT OFFENSES COMMITTED SINCE THE EFFECTIVE DAY OF THE ACT, MAY 16, 1955 (DRIVING WHILE UNDER THE INFLUENCE OF INTOXICATING LIQUOR, FELONY SECOND AND SUBSEQUENT TIME) IS THERE ANY LIMITATIONS UPON THE PERIOD OF TIME BETWEEN A CONVICTION OF DRIVING WHILE INTOXICATED FIRST OFFENSE AND DRIVING WHILE INTOXICATED SECOND OFFENSE ? — IT CONTAINS NO RESTRICTION CITE: 47 O.S.H. 93 (SAM LATTIMORE)